UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: Letter Rogatory from the Court
of the Chief Metropolitan
Magistrate, Delhi, India for
Assistance in the Criminal           CASE NO.3:06-MC-70-J-25HTS
Matter of Deo N. Prasad

### O R D E R

This cause is before the Court on the Application for Order Pursuant to Title 28, United States Code, Section 1782 (Doc. #3; Application), filed on June 7, 2007. The Memorandum of Law in Support of Application for Order (Doc. #4; Memorandum) was also filed on June 7, 2007. Upon review of the Application, Memorandum, applicable law, and the letter rogatory from the Court of Chief Metropolitan Magistrate, Delhi, India, dated July 23, 2004,[1] the Court makes the following findings:

1.  The letter rogatory, issued by a chief metropolitan magistrate, communicates the necessity of collecting documents and taking the statements of certain persons with possible information relating to a criminal case in India.

---

[1] It is observed the letter references several attachments not actually filed with the June 7, 2007, submission, whereas the Court file does contain various attachments apparently included with the withdrawn 2006 filing.

2. The letter rogatory requests information for purposes of an ongoing investigation. Based upon the information contained therein, it appears a judicial proceeding has commenced or is within reasonable contemplation.

Accordingly, finding the execution of this request proper, it is **ORDERED** that, pursuant to 28 U.S.C. § 1782 and the Court's inherent authority, Clay Hahs, Esquire, is appointed as Commissioner of this Court to execute the letter rogatory as follows:

1. To take such steps as necessary and authorized by the Federal Rules of Civil Procedure, including the issuance of commissioners' subpoenas to be served upon persons within the jurisdiction of this Court, to collect the evidence requested;

2. To provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no other notice shall be required);

3. To adopt procedures to collect the evidence requested as authorized in the Federal Rules of Civil Procedure consistent with its use as evidence in a proceeding before an India tribunal;

4. To seek such further orders of this Court as may be necessary to execute this request; and

5. To certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the requesting court or authority in India.

**IT IS FURTHER ORDERED** that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, but not limited to, special agents of the Federal Bureau of Investigation and/or representatives of India who, as authorized or directed by the Commissioner, may direct questions to any witness.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of July, 2007.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

Counsel of record